## THE BETHLEHEM.

(District Court, E. D. Pennsylvania. April 9, 1924.)

Nos. 151 and 152 of 1920 and 6, 10, 13, 15, 16, 35, 51, 90, and 110 of 1921.

In Admiralty. In the matter of the steamship Bethlehem. On exceptions to commissioner's report on re-reference. Exceptions overruled, and report confirmed.

See, also, 286 Fed. 400.

Lewis, Adler & Laws, Howard M. Long, Biddle, Paul Dawson & Yocum, J. Claude Bedford, R. M. Boyd, Willard M. Harris, and George W. Coles, U. S. Atty., all of Philadelphia, Pa., for exceptants.

THOMPSON, District Judge. The exceptions of the United States as mortgagee raise the same questions as is the case of In re Steamship Northern Wave, 298 Fed. 188, and the facts are substantially identical. For the reasons set out in the opinion in that case, the exceptions are overruled, the report of the commissioner confirmed, and distribution of the fund awarded in accordance with his report.

An appropriate decree may be presented.